IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 08-cv-02356-PAB-BNB | Date: April 2, 2009 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| THERESA ZORDEL, individually and as a representative on behalf of person similarly situated; and ALLISON KNUDSON, individually and as a representative on behalf of persons similarly situated, | Paul Gordon |
| Plaintiffs, | |
| v. | |
| AVALON CORRECTIONAL SERVICES, INC., CHRIS MEYER, TOM SULLIVAN, and HEIDI FAUST, | Richard Anguiano |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 9:08 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiffs' motion for leave to amend complaint filed 3/20/09 Doc. [27] is granted as stated on the record. The clerk of the court is directed to accept the amended complaint for filing.

Court in Recess     9:15 a.m.     Hearing concluded.     Total time in Court:  00:07

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.