IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02356-PAB-BNB

THERESA ZORDEL,
ALLISON KNUDSON, and
ALISHA WEBB,

Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the plaintiffs' **Motion for Leave to Amend Complaint** [Doc. # 27, filed 3/20/2009] (the "Motion").

The defendant does not oppose the Motion insofar as it seeks leave to amend to dismiss class action claims and dismiss claims against individual defendants. The defendant does oppose the Motion insofar as it seeks to join an additional defendant. I held a hearing on the Motion this morning during which the joinder issue was argued and about which I made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 28].

IT IS FURTHER ORDERED that the case caption is modified as indicated above.

Dated April 2, 2009.

BY THE COURT:

　s/ Boyd N. Boland
United States Magistrate Judge