IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02356-PAB-BNB

THERESA ZORDEL,
ALLISON KNUDSON, and
ALISHA WEBB,

Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　This matter is before the Court on the **Stipulated Motion to Vacate Scheduling Order and Set Scheduling Conference** [docket no. 42, filed May 6, 2009] (the "Motion").

　　　　IT IS ORDERED that the Motion is GRANTED.

　　　　IT IS FURTHER ORDERED that a Supplemental Scheduling Conference is set for **May 22, 2009, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **May 15, 2009**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  May 7, 2009