IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 08-cv-02356-PAB-BNB

THERESA ZORDEL, et al.,

    Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.

    Defendant.

_____

**ORDER OF DISMISSAL OF PLAINTIFFS' FIFTH CLAIM WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Plaintiffs' Breach of Contract Claim [Docket No. 46]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss Plaintiffs' Breach of Contract Claim [Docket No. 46] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs' fifth claim against defendant for breach of contract asserted in its Amended Complaint [Docket No. 38] is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED May 18, 2009.

                                             BY THE COURT:

                                             s/Philip A. Brimmer
                                             PHILIP A. BRIMMER
                                             United States District Judge