IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02356-PAB-BNB

THERESA ZORDEL,
ALLISON KNUDSON, and
ALISHA WEBB

    Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF WEBB ONLY**
_____

THIS MATTER comes before the Court upon the Unopposed Motion to Dismiss Claims by Plaintiff Alisha Webb, With Prejudice [Docket No. 56].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion to dismiss [Docket No. 56] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff Alisha Webb only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 21, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge