IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02356-PAB-BNB | Date: June 24, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| THERESA ZORDEL, and<br>ALLISON KNUDSON, | Paul Gordon |
| Plaintiff(s), | |
| v. | |
| AVALON CORRECTIONAL SERVICES, INC., | Richard Anguiano |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     8:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Defendant's motion to compel discovery filed 5/22/09 Doc. 51 is granted as stated on the record. Supplemental discovery responses due on or before July 15, 2009.**

Court in Recess     9:06 a.m.     Hearing concluded.     Total time in Court:     00:34

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.