IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02356-PAB-BNB

THERESA ZORDEL, and
ALLISON KNUDSON,

Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.,

Defendant.

_____

## ORDER
_____

This matter arises on **Defendant's Motion to Compel Discovery** [Doc. # 51, filed 5/22/2009] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record,

IT IS ORDERED that the Motion to Compel is GRANTED to the following extent:

(1) To require the plaintiffs to make meaningful disclosures of the following information with respect to the people the plaintiff's "may use to support [their] claims," to the extent that information is known to the plaintiffs:

- first and last names

- last known addresses

- last known telephone numbers

- a meaningful description for each witness of the subjects of information that witness possesses upon which the plaintiffs may rely;

(2) To require Theresa Zordel to conduct a reasonable investigation and to provide

full and complete answers to the full extent of her knowledge to Interrogatories 7, 8, 9, 11, 15, 17, 18, and 19; and

   (3) To require Allison Knudson to conduct a reasonable investigation and to provide full and complete answers to the full extent of her knowledge to Interrogatories 7, 8, 9, 15, 17, 18, and 19.

  IT IS FURTHER ORDERED that the plaintiffs' compelled disclosures shall be in writing, signed, and in full compliance with the requirements of the Federal Rules of Civil Procedure and the plaintiffs' compelled discovery responses shall be in writing, signed under oath, and in full compliance with the requirements of the Federal Rules of Civil Procedure, and both the compelled disclosures and the compelled discovery responses shall be served on the defendant by hand delivery or electronic means on or before **July 15, 2009**.

  IT IS FURTHER ORDERED that the Motion to Compel is DENIED in all other respects.

  Dated June 24, 2009.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge