IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02356-PAB-BNB

THERESA ZORDEL, and
ALLISON KNUDSON,

Plaintiffs,

v.

AVALON CORRECTIONAL SERVICES, INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Renewed Unopposed Motion to Modify the Scheduling Order** [docket no. 72, filed August 26, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 20, 2009**;
>
> Discovery Cut-off: **October 12, 2009**.
> Dispositive Motion Deadline: **November 12, 2009**

DATED:  August 27, 2009